■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL PROFIT, Appellant. [655 NYS2d 960] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 18, 1994 *(People v Profit,* 200 AD2d 639), affirming a judgment of the Supreme Court, Queens County, rendered March 10, 1992, and an amended judgment of the same court, also rendered March 10, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Copertino, J. P., Pizzuto, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ROSENTHAL, Appellant. [654 NYS2d 610] —Appeal by the defendant from a judgment of the County Court, Nassau County (Gulotta, J.), rendered November 28, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.